IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROYCE ROPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 12-0662-CG-C |
| | ) |
| UNUM GROUP CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties having filed a joint stipulation of dismissal with prejudice on December 18, 2012 (Doc. 12), plaintiff's claims against defendant are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his or its own costs.

**DONE and ORDERED** this 7th day of January, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE